AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-3070MB | 03/10/2026 @ 0900 HOURS | John Pacheco |

Inventory Made in the Presence of:

John Pacheco

Inventory of the property taken and name of any person(s) seized:

2 Binders labeled "Shamrock assets/Midwest Brick"
1 Binder labeled "The Former Illinois Cabinet Company Building" Purchase, Sale and Demolition Agreements
1 binder labeled "Westover/B+B/Nrgy/Complete Property Services LLC"
Documents - sale agreement for the Rockford Buildings/Westover
1 binder labeled GMM LLC
1 Binder labeled "Complete Property Services LLC"
1 binder labeled Appvion Paper Mill Road" / Sale Agreement
1 binder labeled "Active Project Schedules & Current Activity 2021"
Documents from binder labeled "Abacus Industrial Development LLC" - Operating Agreement
Operating Agreement from binder "Abacus Industrial LLC"
Operating Agreement from binder "Abacus Financial LLC + Abacus"
Binder labeled "Terre Haute, Indiana 298 Unit Apartment Project"
2 Binders labeled "The Attempted Purchase and Sale of the former columbian home products manufacturing facility", volumes 1 and 2
1 binders labeled "the attempted purchase and sale of the former columbian home products manufacturing faciltiy" volume 3
Documents from binder labeled "Plant/Paper/Steel Mills General, tab labeled "closed
1 Macbook Air serial no. FUFC241VLYWH

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 13, 2026

_____
Executing officer's signature

Abigail Wesley, Special Agent, U.S. EPA-CID
_____
Printed name and title